NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**TAMPA BAY FISHERIES, INC. AND
SINGLETON FISHERIES, INC.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES, UNITED STATES CUSTOMS
AND BORDER PROTECTION, AND DAVID V.
AGUILAR, ACTING COMMISSIONER, UNITED
STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION AND
DEANNA TANNER OKUN, CHAIRMAN,
INTERNATIONAL TRADE COMMISSION,**
*Defendants-Appellees.*

---

2012-1419

---

Appeal from the United States Court of International Trade in case no. 08-CV-0404, Judge Leo M. Gordon.

---

**O R D E R**

The court notes that the parties have not filed a status report.

TAMPA BAY FISHERIES, INC. V. US                                    2

The court's August 28, 2012 order directed the parties to notify this court within 30 days of the final disposition of appeal no. 2008-1526 concerning how they believe this appeal should proceed.

Upon consideration thereof,

IT IS ORDERED THAT:

The parties are directed to file a status report within 14 days of the date of filing of this order.

FOR THE COURT


 /s/ Jan Horbaly     
Jan Horbaly
Clerk

s21